sion, Third Department. March 5, 1913.) Proceeding by the People of the State of New York, on the relation of the A. Sherman Lumber Company, against Peter Propp and others, as Assessors of the Village of Tupper Lake, Franklin County, N. Y., and D. C. Randall, Clerk of said Village of Tupper Lake. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. BERRY, Appellant, v. COOK, Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York, against Henry R. M. Cook, as Auditor, etc. T. E. O'Brien, of New York City, for appellant. C. McIntyre, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. BINGHAM, Respondent, v. STATE WATER SUPPLY COMMISSION, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Proceeding by the People of the State of New York, on the relation of Charles W. Bingham, as trustee, etc. against the State Water Supply Commission.

PER CURIAM. Motion for certification of questions for review by Court of Appeals denied, without costs, upon the ground that this court has no authority to certify questions; it appearing that the respondent may appeal to the Court of Appeals as matter of right. See Seaward v. Davis, 198 N. Y. 415, 91 N. E. 1107. See, also, 70 Misc. Rep. 265, 126 N. Y. Supp. 637.

---

PEOPLE ex rel. BONHEUR v. CHRIST et al. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Proceeding by the People of the State of New York, on the relation of Lucien L. Bonheur, against Philip J. Christ and others, individually and as members of the Board of Supervisors of Nassau County, and another, in which Lott Vandewater, Jr., and another, intervene. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 140 N. Y. Supp. 1138.

---

PEOPLE ex rel. BONHEUR v. CHRIST et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of Lucien L. Bonheur, against Philip J. Christ and others, individually and as members of the Board of Supervisors of Nassau County, and another, in which Lott Vandewater, Jr., and another, intervene. No opinion. Motion for a stay granted, on condition that the appellants place the appeal on the calendar of the Court of Appeals for the ensuing week and be ready for argument when reached, without costs. See, also, 140 N. Y. Supp. 1138.

---

PEOPLE ex rel. BONHEUR v. CHRIST et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of Lucien L. Bonheur, against Philip J. Christ and others, individually and as members of the Board of Supervisors of Nassau County, and another, in which Lott Vandewater, Jr., and another, intervene. No opinion. Motion to resettle order denied, without costs. See, also, 140 N. Y. Supp. 1138.

---

PEOPLE ex rel. CAMPBELL v. CONNOLLY, President of Queens Borough. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of William G. Campbell, against Maurice E. Connolly, as President of the Borough of Queens.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, P. J., dissents.

---

PEOPLE ex rel. COLLINS v. McANENY, President of Borough of Manhattan, et al. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Appeal from Special Term, New York County. Mandamus by the People of the State of New York, on the relation of James G. Collins, against George McAneny, as President of the Borough of Manhattan, and another, to compel relator's reinstatement as Superintendent of Highways. From an order directing the issuance of a peremptory writ, defendants appeal. Modified. William E. G. Mayer, of Brooklyn, and Geo. Gordon Battle, of New York City, for appellants. Herbert C. Smyth, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by inserting after the words "city of New York" in the twenty-fourth folio, the words "as of the date of January 1, 1904," and by adding at the end thereof the words, "But in no event beyond the date of the abolition of said office, namely, the 14th day of February, 1910." As so modified, the order is affirmed, with costs to the respondent.

INGRAHAM, P. J., dissents, and votes for a reversal of the order and a denial of the motion for mandamus.

LAUGHLIN, J., dissents from the order, so far as it awards the writ of mandamus, and votes to modify it by inserting in lieu of those provisions a recital that, since it appears that the office has been lawfully abolished, a writ of mandamus cannot be issued to require that the relator be now restored thereto, and on that ground the motion for the writ is denied.

---

PEOPLE ex rel. EGAN v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Proceeding by the People of the State of New York, on the relation of Michael J. Egan, against Rhinelando Waldo, as Commissioner. W. E. Murphy, of New York City, for relator. H. Crone, of New